IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) JORGE REVEROL-RIVERA**<br>2) RAYMOND HERNANDEZ-GARCIA<br>Defendants | CRIMINAL 11-0119CCC |

**ORDER**

Having considered the Report and Recommendation filed on November 7, 2011 (**docket entry 71**) on a Rule 11 proceeding of defendant Jorge Reverol-Rivera (1) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on November 4, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 4, 2011. The **sentencing hearing is set for February 3, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 18, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge